**COMPOSITE EXHIBIT C**



**Simply Wireless**
making communications **simple**

SIMPLY VIDEO | SIMPLY MOBILE |
SIMPLY SAVE MONEY | SIMP
LY INTERNET ANYWHERE
THE RIGHT CHOICE | SIMPLY ME
SIMPLY BUSINESS | SIMPLY
IA | SIMPLY TV | SIMPLY

PURCHASE
ORDER

Purchase Order Number: 3460

Purchase Order Date: 04/30/09

Page: 1

To: Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103 - Lockbox Processing
PO Box 3103
Carol Stream, IL 60132-3103

Ship
To: Distribution Center
Jodi Robbins
1010 D Cannons Ct.
WoodBridge, VA 22191

Ship Via
Receive
By
Terms
Vendor
Order #
Vendor
Invoice #

Buyer

Phone No. 7033432700

Vendor ID V1562

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|----------|-------------|------|----------|------------|-------------|
| 10776 | SAMSUNG 301 | | | ▮ | ▮ |
| | Tracfone 1yr card | | | | |

Subtotal: ▮
Invoice Discount:
Tax: ▮

Received By: jrobbins

Total: ▮



**TRACFONE**
wireless, inc.

9700 NW 112th Avenue
(305) 640-2000

Miami, FL 33178
Fax (305) 418-2696

**REMIT TO:**
TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| Invoice | |
|---|---|
| **NUMBER** 6422990 | |
| **DATE** 04-MAY-09 | **PAGE** 1 of 1 |
| **PURCHASE ORDER NUMBER** 3460 | |
| **OUR REFERENCE** | |
| **SALES ORDER NUMBER** 32567596 | |
| **CUSTOMER NUMBER** SW703 | **LOCATION NUMBER** SW703-BILL |

Bill To •
Attn: Accounts Payable
SIMPLY WIRELESS, INC (HARDWARE)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To •
SIMPLY WIRELESS, INC (HARDWARE)
SIMPLY WIRELESS
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 30 | 03-JUN-09 | TracFone | | 04-MAY-09 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TN4001Y - TRACFONE NON-POSA 1 YEAR - 400 UNITS / 365 ACCESS DAYS | ▮ | | ▮ | | ▮ | ▮ |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL. |
|---|---|---|---|---|
| 65-0655753 | ▮ | ▮ | ▮ | Currency: USD |



**Simply Wireless**
making communications **simple**

PURCHASE ORDER

Purchase Order Number: 3630

Purchase Order Date: 06/29/09

Page: 1

To: Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103 - Lockbox Processing
PO Box 3103
Carol Stream, IL 60132-3103

Ship
To: Distribution Center
Jodi Robbins
1010 D Cannons Ct.
WoodBridge, VA 22191

Ship Via
Receive By
Terms
Vendor Order #
Vendor Invoice #

Buyer
Phone No.    7033432700
Vendor ID    V1562

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|----------|-------------|------|----------|------------|-------------|
| 10784 | NTMoto EM326 w/BT | | | | |

Subtotal:
Invoice Discount:
Tax:

Received By: jrobbins

Total:



**TRACF☉NE**
wireless, inc.

9700 NW 112th Avenue
(305) 640-2000
Miami, FL 33178
Fax (305) 418-2696

**REMIT TO:**
TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

Bill To •
Attn: Accounts Payable
SIMPLY WIRELESS, INC (HARDWARE)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To •
SIMPLY WIRELESS, INC (HARDWARE)
SIMPLY WIRELESS
1010D CANNONS CT
WOODBRIDGE VA 22191

| Invoice | |
|---|---|
| **NUMBER** 6480779 | |
| **DATE** 07-JUL-09 | **PAGE** 1 of 1 |
| **PURCHASE ORDER NUMBER** 3630 | |
| **OUR REFERENCE** | |
| **SALES ORDER NUMBER** 32702034 | |
| **CUSTOMER NUMBER** SW703 | **LOCATION NUMBER** SW703-BILL |

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 30 | 06-AUG-09 | TracFone | | 07-JUL-09 | | 0 |

| ITEM NO. | Invoice | QUANTITY | | | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | ORDERED | BACK ORD. | SHIPPED | | | |
| 1 | NIMT326GP4 - NT MOTOROLA 326G GSM HANDSET SIM 4 (GENERIC) | ■ | | ■ | | ■ | ■ |
| 2 | SYN2340A - BLUE TOOTH MOTOROLA | | | | | | |

SPECIAL INSTRUCTIONS

05-0655753

| | SUBTOTAL | TAX | SHIPPING HANDLING | TOTAL |
|---|---|---|---|---|
| | ■ | ■ | ■ | ■ Currency: USD |



**Simply Wireless**
making communications simple

PURCHASE ORDER

| | |
|---|---|
| Purchase Order Number: | 111909 |
| Purchase Order Date: | 111909 |
| Page: | 1 |

To: Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103 - Lockbox Processing
PO Box 3103
Carol Stream, IL 60132-3103

Ship
To: Distribution Center
Jodi Robbins
1010 D Cannons Ct.
WoodBridge, VA 22191

Ship Via
Receive By
Terms
Vendor Order #
Vendor Invoice #

Buyer
Phone No.     7033432700
Vendor ID     V1562

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| | TN4001Y | | | | |
| | TFSAT301GP4 | | | | |

| | |
|---|---|
| Subtotal: | |
| Invoice Discount: | |
| Tax: | |
| Total: | |

Received By: jrobbins



**TRACFONE wireless, inc.**

9700 NW 112th Avenue　　Miami, FL 33178
(305) 640-2000　　Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| Invoice | |
|---|---|
| **NUMBER** 6649984 | |
| **DATE** 02-DEC-09 | **PAGE** 1 of 1 |
| **PURCHASE ORDER NUMBER** 111909 | |
| **OUR REFERENCE** | |
| **SALES ORDER NUMBER** 33019160 | |
| **CUSTOMER NUMBER** SW703 | **LOCATION NUMBER** SW703-BILL |

Bill To •
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HARDWARE)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To •
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HARDWARE)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 30 | 01-JAN-10 | TracFone | | 02-DEC-09 | | 0 |

| ITEM NO. | Invoice | ORDERED | BACK ORD. | SHIPPED | Tax | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TN4001Y - TRACFONE NON-POSA 1 YEAR - 400 UNITS / 365 ACCESS DAYS | ███ | | ███ | | ███ | ███ |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | ███ | ███ | ███ | Currency: USD |

# mobileNow, Inc.



2730 Prosperity Avenue, Suite 150
**Fairfax, Virginia 22031**
**Phone 703-343-2700 Fax 703-343-2701**

| | |
|---|---|
| **DATE:** | 03.12.10 |
| **Purchase Order No.:** | 031210-AITS |

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
1010 D Cannons Court
Woodbridge, Virginia 22191
Phone:703-492-5956 Fax: 866-867-4321

| DESCRIPTION | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| TRACFONE MOTO W376 | PART NUMBER-TFMTW376P4DM | ■ | ■ | ■ |
| TRACFONE 1YR CARD | PART NUMBER-TN4001Y | | | |
| | | | **TOTAL** | ■ |



**TRACF@NE**
**wireless, inc.**

9700 NW 112th Avenue
(305) 640-2000

Miami, FL 33178
Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| | Invoice | |
|---|---|---|
| **NUMBER** | 6815185 | |
| **DATE** 18-MAR-10 | **PAGE** 1 of 1 | |
| **PURCHASE ORDER NUMBER** 031210-AITS | | |
| **OUR REFERENCE** | | |
| **SALES ORDER NUMBER** 33297297 | | |
| **CUSTOMER NUMBER** SW703 | **LOCATION NUMBER** SW703-BILL | |

Bill To •
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To •
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 30 | 17-APR-10 | TracFone | | 18-MAR-10 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TFMIW376P4DM – TRACFONE MOTO 376 GSM HANDSET W / SIM 4 (DOUBLE MINUTE) | ███ | | | | ██ | ██ |

| SPECIAL INSTRUCTIONS | SUBTOTAL | | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|---|
| 65-0655753 | ██ █ | | ███ | | ██ Currency: USD |

# mobileNow, Inc.



**2730 Prosperity Avenue, Suite 150**
**Fairfax, Virginia 22031**
**Phone 703-343-2700  Fax 703-343-2701**

**DATE:** 10/21/2010
**Purchase Order No.:** 102110-HSN

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
1010 D Cannons Court
Woodbridge, Virginia 22191
Phone:703-492-5956 Fax: 866-867-4321

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| TFSAT301GP4-Samsung T301 Tracfone | | | |
| TN40200 200 Minute card | | | |
| | | **TOTAL** | |



# TRACFONE
## wireless, inc.

9700 NW 112th Avenue    **Miami, FL 33178**
(305) 640-2000    **Fax (305) 418-2696**

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

**Bill To:** Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To:** SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| Invoice | |
|---|---|
| **NUMBER** 7163875 | |
| **DATE** 01-NOV-10 | **PAGE** 1 of 1 |
| **PURCHASE ORDER NUMBER** 102110-HSN | |
| **OUR REFERENCE** | |
| **SALES ORDER NUMBER** 33933198 | |
| **CUSTOMER NUMBER** SW703 | **LOCATION NUMBER** SW703-BILL |

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 01-DEC-10 | TracFone | | 01-NOV-10 | | 0 |

| ITEM NO. | Invoice | QUANTITY | | | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | ORDERED | BACK ORD. | SHIPPED | | | |
| 1 | TFSAT301GP4 - TF SAMSUNG T301G GSM HANDSET SIM 4 (GENERIC) | ███ | | | | ███ | ███ |

**SPECIAL INSTRUCTIONS**

65-0655753

| | SUBTOTAL | TAX | SHIPPING HANDLING | TOTAL |
|---|---|---|---|---|
| | ███ | ███ | ███ | ███ |

Currency: USD

# PURCHASE ORDER

**2730 Prosperity Avenue, Suite 150**
**Fairfax, Virginia 22031**
**Phone 703-343-2700  Fax 703-343-2701**

| | |
|---|---|
| **DATE:** | **1/19/2010** |
| **Purchase Order No.:** | **011910-HSN** |

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
1010 D Cannons Court
Woodbridge, Virginia 22191
Phone:703-492-5956 Fax: 866-867-4321

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| TN4001Y-1 year 400 minute card | ███ | ███ | ███ |
| | | **TOTAL** | ███ |



**TRACFONE wireless, inc.**

9700 NW 112th Avenue    Miami, FL 33178
(305) 640-2000    Fax (305) 418-2696

REMIT TO: TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

**Invoice**

| NUMBER | |
|---|---|
| 7298305 | |

| DATE | PAGE |
|---|---|
| 24-JAN-11 | 1 of 1 |

| PURCHASE ORDER NUMBER |
|---|
| 011910-HSN |

| OUR REFERENCE |
|---|
| |

| SALES ORDER NUMBER |
|---|
| 34301666 |

| CUSTOMER NUMBER | LOCATION NUMBER |
|---|---|
| SW703 | SW703-BILL |

Bill To • Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To • SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 23-FEB-11 | TracFone | | 24-JAN-11 | | 0 |

| ITEM NO. | Invoice | QUANTITY | | | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | ORDERED | BACK ORD. | SHIPPED | | | |
| 1 | TN4001Y - TRACFONE NON-POSA 1 YEAR - 400 UNITS / 365 ACCESS DAYS | | | | | | |

SPECIAL INSTRUCTIONS

65-0655753

| | SUBTOTAL | TAX | SHIPPING-HANDLING | TOTAL |
|---|---|---|---|---|
| | | | | |

Currency: USD

# PURCHASE ORDER

**2730 Prosperity Avenue, Suite 150**
**Fairfax, Virginia 22031**
**Phone 703-343-2700  Fax 703-343-2701**

**DATE:**        9/27/2011
**Purchase Order No.:**  5790 (HSN 10/27/11)
**MUST ARRIVE BY:**        10/20/2011

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
1010 D Cannons Court
Woodbridge, Virginia 22191
Phone:703-492-5956 Fax: 866-867-4321

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| TFSAT301GP4 | | | |
| Trailing Credit | | | |
| | | **TOTAL** | |



**TRACF☉NE**
### wireless, inc.

9700 NW 112th Avenue     Miami, FL 33178
(305) 640-2000     Fax (305) 418-2696

**REMIT TO:**
TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| Invoice | |
|---|---|
| **NUMBER** | |
| 7769081 | |
| **DATE** | **PAGE** |
| 18-OCT-11 | 1 of 1 |
| **PURCHASE ORDER NUMIER** | |
| 5790 | |
| **OUR REFERENCE** | |
| | |
| **SALES ORDER NUMBER** | |
| 35345110 | |
| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
| SW703 | SW703-BILL |

Bill To • Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To • SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 17-NOV-11 | TracFone | | 18-OCT-11 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TFSAT301GP4 - TF SAMSUNG T301G GSM HANDSET SIM 4 (GENERIC) | | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | | | | Currency: USD |

# PURCHASE ORDER

**2730 Prosperity Avenue, Suite 150**
**Fairfax, Virginia 22031**
**Phone 703-343-2700  Fax 703-343-2701**

**DATE:** **1/17/2012**
**Purchase Order No.:** **6367 (QVC Online Sales)**
**MUST ARRIVE BY:** **1/26/2012**

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
1010 D Cannons Court
Woodbridge, Virginia 22191
Phone:703-492-5956 Fax: 866-867-4321

| DESCRIPTION | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| TFLG800GTMP4 | LG800 Triple Minutes on Phone | | | |
| Trailing Credit | | | | |
| | | | **TOTAL** | |



# TRACFONE
## wireless, inc.

9700 NW 112th Avenue
(305) 640-2000

Miami, FL 33178
Fax (305) 418-2696

**REMIT TO:**

TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| Invoice | |
|---|---|
| **NUMBER** | |
| 8013022 | |
| **DATE** | **PAGE** |
| 23-JAN-12 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 6367 | |
| **OUR REFERENCE** | |
| | |
| **SALES ORDER NUMBER** | |
| 35935782 | |
| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
| SW703 | SW703-BILL |

Bill To •
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To •
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 22-FEB-12 | TracFone | | 23-JAN-12 | | 0 |

| ITEM NO. | Invoice | QUANTITY | | | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | ORDERED | BACK ORD. | SHIPPED | | | |
| 1 | TFLG800GIMP4 - TF LG INC 800G GSM HANDSET SIM 4 (GENERIC) TRIPLE MINUTES | | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | | | | Currency: USD |

# PURCHASE ORDER

**2730 Prosperity Avenue, Suite 150**
**Fairfax, Virginia 22031**
**Phone 703-343-2700  Fax 703-343-2701**

**DATE:**            8/9/2012
**Purchase Order No.:  7316 (August HSN)**
**MUST ARRIVE BY:**      ON 8/21/2012

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
Prince William Commons BLDG 3
14043 Crown Court
Woodbridge, VA 22193
Phone: 703-492-5956

| DESCRIPTION | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| TFLG800GTMP4 | LG800 with Triple Minutes on phone | | | |
| TS40200 | | | | |
| Trailing Credit | | | | |
| | | | **TOTAL** | |



**TRACFONE®**
**wireless, inc.**

9700 NW 112th Avenue          Miami, FL 33178
(305) 640-2000                      Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| Invoice | |
|---|---|
| **NUMBER** | |
| 8185685 | |
| **DATE** | **PAGE** |
| 14-AUG-12 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 7316 | |
| **OUR REFERENCE** | |
| | |
| **SALES ORDER NUMBER** | |
| 37057039 | |
| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
| SW703 | SW703-BILL |

Bill To •
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To •
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
mobileNOW DC ATTEN JODI ROBBINS
14043 CROWN CT
WOODBRIDGE VA 22193

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 13-SEP-12 | TracFone | | 14-AUG-12 | | 0 |

| ITEM NO. | Invoice | QUANTITY | | | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | ORDERED | BACK ORD. | SHIPPED | | | |
| 1 | TS40200 - TRACFONE NON-POSA 200 UNIT AIRTIME / 90 ACCESS DAYS | ███ | | ███ | | ███ | ███ |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | ███ | | | ███ Currency: USD |



**wireless, inc.**

9700 NW 112th Avenue     **Miami, FL 33178**
(305) 640-2000     Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

Bill To • Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To • SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
mobileNOW DC ATTEN JODI ROBBINS
14043 CROWN CT
WOODBRIDGE VA 22193

| Invoice | |
|---|---|
| **NUMBER** | |
| 50246504 | |
| **DATE** | **PAGE** |
| 17-AUG-12 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 7316 | |
| **OUR REFERENCE** | |
| | |
| **SALES ORDER NUMBER** | |
| 37044167 | |
| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
| SW703 | SW703-BILL |

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 16-SEP-12 | TracFone | | 17-AUG-12 | | 0 |

| ITEM NO. | Invoice | ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TFLG800GIMP4 - TF LG INC 800G GSM HANDSET SIM 4 (GENERIC) TRIPLE MINUTES | ▮ | | | | ▮ | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | ▮ | | | ▮ Currency: USD |

# PURCHASE ORDER

2730 Prosperity Avenue, Suite 150
Fairfax, Virginia 22031
Phone 703-343-2700  Fax 703-343-2701

**DATE:**            10/12/2012
**Purchase Order No.:**   7804 (HSN TS 10.20.12)
**MUST ARRIVE BY:**        10/22/2012

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
Building 3
14043 Crown Court
Woodbridge, VA 22193

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| NTLGL35GP4 | | | |
| NTSU0001SW  $50 Unlimited EPIN | | | |
| Trailing Credit | | | |
| | | **TOTAL** | |



# TRACF●NE
## wireless, inc.

9700 NW 112th Avenue
(305) 640-2000

Miami, FL 33178
Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

### Invoice

| | |
|---|---|
| **NUMBER** | 50400956 |

| **DATE** | **PAGE** |
|---|---|
| 17-OCT-12 | 1 of 1 |

| **PURCHASE ORDER NUMBER** |
|---|
| 7804 |

| **OUR REFERENCE** |
|---|
| |

| **SALES ORDER NUMBER** |
|---|
| 37407185 |

| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
|---|---|
| SW703 | SW703-BILL |

**Bill To •** Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To •** SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
22193
14043 CROWN COURT
PRINCE WILLIAM COMMONS BLDG 3
WOODBRIDGE VA 22193

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 16-NOV-12 | TracFone | | 17-OCT-12 | | 0 |

| ITEM NO. | Invoice | QUANTITY | | | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | ORDERED | BACK ORD. | SHIPPED | | | |
| 1 | NTLGL35GP4 - NT LG L35G GSM HANDSET SIM 4 (GENERIC) | ▮ | | | | ▮ | ▮ |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | ▮ | | | |

Currency: USD

# PURCHASE ORDER

8484 Westpark Drive, Suite 800
McLean, VA 22102
Phone 703-343-2700  Fax 703-343-2701

**DATE:** 02/19613
**Purchase Order No.:** 8777

**MUST ARRIVE BY:** When available

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
14043 Crown Court
Woodbridge, Virginia 22193

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| TFLG505CTMP | | | |
| Trailing Credit | | | |
| | | **TOTAL** | |


**TRACF☉NE**
wireless, inc.

9700 NW 112th Avenue   Miami, FL 33178
(305) 640-2000   Fax (305) 418-2696

**REMIT TO:**
TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| | Invoice | |
|---|---|---|
| **NUMBER** | | |
| 50844083 | | |
| **DATE** | | **PAGE** |
| 14-MAR-13 | | 1 of 1 |
| **PURCHASE ORDER NUMBER** | | |
| 8777 | | |
| **OUR REFERENCE** | | |
| | | |
| **SALES ORDER NUMBER** | | |
| 38350998 | | |
| **CUSTOMER NUMBER** | | **LOCATION NUMBER** |
| SW703 | | SW703-BILL |

Attn: Accounts Payable
**Bill To •** SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To •** SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
22193
14043 CROWN COURT
PRINCE WILLIAM COMMONS BLDG 3
WOODBRIDGE VA 22193

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 13-APR-13 | TracFone | | 14-MAR-13 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TFLG505CIMP - TF LG 505C CDMA HANDSET (GENERIC) TRIPLE MINUTES | | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|---|
| 65-0655753 | | | | | Currency: USD |

# PURCHASE ORDER

**8484 Westpark Drive, Suite 800**
**McLean, Virginia 22102**
**Phone 703-343-2700  Fax 703-343-2701**

| | |
|---|---|
| **DATE:** | **10/3/2013** |
| **Purchase Order No.:** | **10117** |
| **MUST ARRIVE BY:** | **ASAP** |

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
Prince William Commons BLDG 3
14043 Crown Court
Woodbridge, VA 22193
Phone: 703-492-5956

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| TFLGL38CTMP  TF LG INC L38C CDMA HANDSET (GENERIC) TRIPLE MINUTES | | | |
| TS40200HSN     200 Minute EPIN | | | |
| Trailing Credit | | | |
| | | **TOTAL** | |



# TRACFONE
## wireless, inc.

9700 NW 112th Avenue    Miami, FL 33178
(305) 640-2000    Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

Bill To •
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To •
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
mobileNOW DC ATTEN JODI ROBBINS
14043 CROWN CT
WOODBRIDGE VA 22193

| Invoice | |
|---|---|
| **NUMBER** | |
| 8245776 | |
| **DATE** | **PAGE** |
| 04-OCT-13 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 10117 | |
| **OUR REFERENCE** | |
| | |
| **SALES ORDER NUMBER** | |
| 39517485 | |
| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
| SW703 | SW703-BILL |

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 45 | 18-NOV-13 | TracFone | | 04-OCT-13 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TS40200HSN - TracFone 200 Minute / 90 Access Days | | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | | | | Currency: USD |



**TRACF☑NE**
**wireless, inc.**

9700 NW 112th Avenue     Miami, FL 33178
(305) 640-2000     Fax (305) 418-2696

REMIT TO:
TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| Invoice | |
|---|---|
| **NUMBER** | |
| 51377254 | |
| **DATE** | **PAGE** |
| 10-OCT-13 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 10117 | |
| **OUR REFERENCE** | |
| | |
| **SALES ORDER NUMBER** | |
| 39517486 | |
| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
| SW703 | SW703-BILL |

Bill To •
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To •
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
14043 CROWN COURT
PRINCE WILLIAM COMMONS BLDG 3
WOODBRIDGE VA 22193

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 45 | 24-NOV-13 | TracFone | | 10-OCT-13 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TFLGL38CIMP - TF LG INC L38C CDMA HANDSET (GENERIC) TRIPLE MINUTES | | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|---|
| 65-0655753 | | | | | Currency: USD |

# PURCHASE ORDER

**8484 Westpart DR, Suite 800**
**McLean, VA  22102**
**Phone 703-343-2700  Fax 703-343-2701**

**DATE:** 10/24/2013
**Purchase Order No.:** 10248 (HSN/QVC Customers)
**MUST ARRIVE BY:** When available

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
14043 Crown Court
Woodbridge, Virginia 22193

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| TS4001YSW    TF 400 Minute Pin Code   UPC-616960004547 | ■ | ■ | ■ |
| Trailing Credit | | | |
| | | **TOTAL** | ■ |



**TRACF☉NE**
**wireless, inc.**

9700 NW 112th Avenue · Miami, FL 33178
(305) 640-2000 · Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| | |
|---|---|
| **Invoice** | |
| **NUMBER** | |
| 8254293 | |
| **DATE** | **PAGE** |
| 25-OCT-13 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 10248 | |
| **OUR REFERENCE** | |
| **SALES ORDER NUMBER** | |
| 39646904 | |
| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
| SW703 | SW703-BILL |

Bill To· Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To· SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
14043 CROWN COURT
PRINCE WILLIAM COMMONS BLDG 3
WOODBRIDGE VA 22193

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 45 | 09-DEC-13 | TracFone | | 25-OCT-13 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD | SHIPPED | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TS4001YSW - TRACFONE NON-POSA 1 YEAR - 400 UNITS / 365 ACC DAYS SIMPLY WIRELESS | | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | | | | Currency: USD |

# PURCHASE ORDER

**8484 Westpart DR, Suite 800**
**McLean, VA  22102**
**Phone 703-343-2700  Fax 703-343-2701**

**DATE:**  **2/20/2014**
**Purchase Order No.:**  **11006**

<span style="color:red">**MUST ARRIVE BY:**</span>  **When available**

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
14043 Crown Court
Woodbridge, Virginia 22193

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| TFLGL39CTMP    TF L39C Phone | | | |
| TF 200 Minute EPIN | | | |
| Trailing Credit | | | |
| | | **TOTAL** | |

# PURCHASE ORDER

| | |
|---|---|
| **8484 Westpark Drive, Suite 800** | **DATE:** 2/20/2014 |
| **McLean, VA 22102** | **Purchase Order No.:** 11007 |
| **Phone 703-343-2700  Fax 703-343-2701** | **MUST ARRIVE BY:** **ASAP** |

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
14043 Crown Court
Woodbridge, Virginia 22193
Phone:(703) 878-1303

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| TF Samsung S738—P4 - TFSAS738CTMP (CDMA) | | | |
| Trailing Credit | | | |
| | | **TOTAL** | |



# TRACFONE
## wireless, inc.

9700 NW 112th Avenue    **Miami, FL 33178**
(305) 640-2000    **Fax (305) 418-2696**

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| Invoice | |
|---|---|
| **NUMBER** | |
| 8325016 | |
| **DATE** | **PAGE** |
| 21-FEB-14 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 11006-PINS | |
| **OUR REFERENCE** | |
| | |
| **SALES ORDER NUMBER** | |
| 40575595 | |
| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
| SW703 | SW703-BILL |

**Bill To** •
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To** •
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
mobileNOW DC ATTEN JODI ROBBINS
14043 CROWN CT
WOODBRIDGE VA 22193

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 45 | 07-APR-14 | TracFone | | 21-FEB-14 | | 0 |

| ITEM NO. | Invoice | QUANTITY | | | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | ORDERED | BACK ORD. | SHIPPED | | | |
| 1 | TS40200HSN - TracFone 200 Minute / 90 Access Days | | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | | | | Currency: USD |



**TRACFONE wireless, inc.**

9700 NW 112th Avenue
(305) 640-2000

Miami, FL 33178
Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| Invoice | |
|---|---|
| **NUMBER** | |
| 51867652 | |
| **DATE** | **PAGE** |
| 27-FEB-14 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 11007 | |
| **OUR REFERENCE** | |
| | |
| **SALES ORDER NUMBER** | |
| 40575593 | |
| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
| SW703 | SW703-BILL |

**Bill To •**
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To •**
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
PRINCE WILLIAM COMMONS BLDG 3
14043 CROWN CT PWC B3
WOODBRIDGE VA 22193

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 45 | 13-APR-14 | TracFone | | 27-FEB-14 | | 0 |

| ITEM NO. | Invoice | ORDERED | QUANTITY BACK ORD. | SHIPPED | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TFSAS738CTMP - TF SAMSUNG S738C CDMA HANDSET (GENERIC) TRIPLE MINUTES | | | | | | |

**SPECIAL INSTRUCTIONS**

65-0655753

| | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| | | | | |

Currency: USD



# TRACFONE®
## wireless, inc.

9700 NW 112th Avenue     Miami, FL 33178
(305) 640-2000      Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| Invoice | |
|---|---|
| **NUMBER** | |
| 51867654 | |
| **DATE** | **PAGE** |
| 27-FEB-14 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 11006 | |
| **OUR REFERENCE** | |
| | |
| **SALES ORDER NUMBER** | |
| 40575594 | |
| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
| SW703 | SW703-BILL |

**Bill To •**
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To •**
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
mobileNOW DC ATTEN JODI ROBBINS
14043 CROWN CT
WOODBRIDGE VA 22193

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 45 | 13-APR-14 | TracFone | | 27-FEB-14 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TFLGL39CIMP - TF  LG INC L39C CDMA HANDSET (GENERIC) TRIPLE MINUTES | ▉ | | ▉ | | ▉ | ▉ |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | ▉ | | | Currency: USD |

# PURCHASE ORDER

**8484 Westpark Drive, Suite 800**
**McLean, Virginia 22102**
**Phone 703-343-2700  Fax 703-343-2701**

**DATE:** **11/5/2014**
**Purchase Order No.:** **12133**
**MUST ARRIVE BY:** **12/5/2014**

### Bill To:
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

### Ship To:
mobileNOW Distribution Center
Attn: Jodi Robbins
Prince William Commons BLDG 3
14043 Crown Court
Woodbridge, VA 22193
Phone:703-492-5956

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| TFLGL41CP UPC-616960085638 TF LG INC L41C CDMA HANDSET | | | |
| Trailing Credit | | | |
| | | **TOTAL** | |



**TRACF☉NE**
wireless, inc.

9700 NW 112th Avenue     Miami, FL 33178
(305) 640-2000     Fax (305) 418-2696

**REMIT TO:**

TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| Invoice | |
|---|---|
| **NUMBER** | |
| 52632227 | |
| **DATE** | **PAGE** |
| 26-NOV-14 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 12133 | |
| **OUR REFERENCE** | |
| | |
| **SALES ORDER NUMBER** | |
| 41998970 | |
| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
| SW703 | SW703-BILL |

Bill To •
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To •
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
PRINCE WILLIAM COMMONS BLDG 3
14043 CROWN CT PWC B3
WOODBRIDGE VA 22193

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 45 | 10-JAN-15 | TracFone | | 26-NOV-14 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TFLGL41CP - TF LG INC L41C CDMA HANDSET (GENERIC) | ▮ | | ▮ | | ▮ | ▮ |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | ▮ | | | Currency: USD |



**TRACF@NE**
wireless, inc.

9700 NW 112th Avenue     **Miami, FL 33178**
(305) 640-2000     **Fax (305) 418-2696**

REMIT TO: TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| | **Invoice** |
|---|---|
| **NUMBER** | |
| 52919612 | |

| **DATE** | **PAGE** |
|---|---|
| 06-FEB-15 | 1 of 1 |

**PURCHASE ORDER NUMBER**
12460

**OUR REFERENCE**

**SALES ORDER NUMBER**
42573482

| **CUSTOMER NUMBER** | **LOCATION NUMBER** |
|---|---|
| SW703 | SW703-BILL |

Bill To •
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To •
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
PRINCE WILLIAM COMMONS BLDG 3
14043 CROWN CT PWC B3
WOODBRIDGE VA 22193

| **TERMS** | **DUE DATE** | **SALES PERSON** | **CUSTOMER CONTACT** | **SHIP DATE** | **SHIP VIA** | **SHIPPING REFERENCE** |
|---|---|---|---|---|---|---|
| NET 45 | 23-MAR-15 | TracFone | | 06-FEB-15 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | T A X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TFALA564CP - TF ALCATEL A564C CDMA HANDSET (GENERIC) | | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|---|
| 65-0655753 | | | | | Currency: USD |



# PURCHASE ORDER

**8484 Westpark Drive, Suite 800**
**McLean, Virginia 22102**
**Phone 703-343-2700  Fax 703-343-2701**

**DATE:**  **1/28/2015**
**Purchase Order No.:**  **12460**

**MUST ARRIVE BY:**  **When available**

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
Prince William Commons BLDG 3
14043 Crown Court
Woodbridge, VA 22193
Phone:703-492-5956

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| TFALA564CP- (UPC) 616960084952  BIG EASY ANDROID | | | |
| Trailing Credit | | | |
| | | **TOTAL** | |

# PURCHASE ORDER

**8484 Westpart DR, Suite 800**
**McLean, VA 22102**
**Phone 703-343-2700 Fax 703-343-2701**

| | |
|---|---|
| **DATE:** | **10/20/2015** |
| **Purchase Order No.:** | **13372** |
| **MUST ARRIVE BY:** | **When available** |

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
14043 Crown Court
Woodbridge, Virginia 22193

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| NTZEZ289GP5-Net 10 Hotspot | | | |
| | | **TOTAL** | |

# PURCHASE ORDER

8484 Westpart DR, Suite 800
McLean, VA 22102
Phone 703-343-2700  Fax 703-343-2701

**DATE:** 10/20/2015

**Purchase Order No.:** 13371

**MUST ARRIVE BY:** When available

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
14043 Crown Court
Woodbridge, Virginia 22193

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| TS40450SW   TRACFONE 450 MINUTE EPIN | ███ | ███ | ███ |
| | | TOTAL | ███ |



# TRACF☉NE
### wireless, inc.

9700 NW 112th Avenue    Miami, FL 33178
(305) 640-2000    Fax (305) 418-2696

REMIT TO:

TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| | Invoice |
|---|---|
| **NUMBER** | |
| 53759901 | |

| DATE | PAGE |
|---|---|
| 18-NOV-15 | 1 of 1 |

| PURCHASE ORDER NUMBER |
|---|
| 13372 |

| OUR REFERENCE |
|---|
| |

| SALES ORDER NUMBER |
|---|
| 44085365 |

| CUSTOMER NUMBER | LOCATION NUMBER |
|---|---|
| SW703 | SW703-BILL |

Bill To• 
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To•
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
mobileNOW DC ATTEN JODI ROBBINS
14043 CROWN CT
WOODBRIDGE VA 22193

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 45 | 02-JAN-16 | TracFone | | 18-NOV-15 | | 0 |

| ITEM NO. | Invoice | QUANTITY | | | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | ORDERED | BACK ORD. | SHIPPED | | | |
| 1 | NTZEZ289GP5 - NT ZTE Z289L GSM MOBILE BROADBAND SIM 5 (GENERIC) | | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 55-0655753 | | | | |

Currency: USD

# PURCHASE ORDER

**8484 Westpart DR, Suite 800**
**McLean, VA 22102**
**Phone 703-343-2700  Fax 703-343-2701**

**DATE:** 11/24/2015
**Purchase Order No.:** 13555

MUST ARRIVE BY: When available

**Bill To:**
Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103-Lockbox Processing
PO Box 3103
Carol Stream, Illinois 60132

**Ship To:**
mobileNOW Distribution Center
Attn: Jodi Robbins
14043 Crown Court
Woodbridge, Virginia 22193

| DESCRIPTION | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| TFZEZ797CP | ZTE QUARTZ ANDROID | | | |
| | | | TOTAL | |



# TRACF⊘NE®
## wireless, inc.

9700 NW 112th Avenue    Miami, FL 33178
(305) 640-2000          Fax (305) 418-2696

**BILL TO:**
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE
NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**REMIT TO:**
TRACFONE WIRELESS INC
P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103
US

**SHIP TO:**
SIMPLY WIRELESS, INC. AND
MOBILE NOW, INC. (HDW)
mobileNOW DC ATTEN JODI
ROBBINS
14043 CROWN CT
WOODBRIDGE VA 22193
US

## INVOICE

| NUMBER | | |
|---|---|---|
| 54061433 | | |
| DATE | | PAGE |
| 15-JAN-16 | | 1 of 1 |
| PURCHASE ORDER NUMBER | | |
| 13555 | | |
| OUR REFERENCE | | |
| | | |
| SALES ORDER NUMBER | | |
| 44799205 | | |
| CUSTOMER NUMBER | | LOCATION NUMBER |
| SW703 | | SW703-BILL TO |

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 45 | 29-FEB-16 | TracFone | | 15-JAN-16 | | 0 |

| ITEM NO. | INVOICE | QUANTITY | | | TAX | UNIT PRICE | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | ODERED | BACK ORD. | SHIPPED | | | | |
| 1 | TFZEZ797CP - TF ZTE Z797C CDMA HANDSET (GENERIC) | | | | | | | |

| SPECIAL INSTRUCTIONS | | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|---|
| | | | | | |

Currency: USD



# TRACFONE wireless, inc.

9700 NW 112th Avenue     Miami, FL 33178
(305) 640-2000     Fax (305) 418-2696

**BILL TO:**
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**REMIT TO:**
TRACFONE WIRELESS INC
P.O. BOX 3103
94678322
CAROL STREAM IL 60132-3103
US

**SHIP TO:**

## INVOICE

| | |
|---|---|
| **NUMBER** | 8500165 |
| **DATE** | 31-JAN-16 |
| **PAGE** | 1 of 1 |
| **PURCHASE ORDER NUMBER** | 20160116-20160131 |
| **OUR REFERENCE** | |
| **SALES ORDER NUMBER** | |
| **CUSTOMER NUMBER** | SW703 |
| **LOCATION NUMBER** | SW703-BILL TO |

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| NET 45 | 16-MAR-16 | | | | | |

| ITEM NO. | INVOICE | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | NTTNSMB6030HSN – Net10 $30 Data Card / 365 Days | | | | | | |
| 2 | NTTNSMB6050HSN – Net10 $50 Data Card / 365 Days | | | | | | |
| 3 | TFNS0450HSN – TracFone 450 Minute / 365 Access Days | | | | | | |
| 4 | TFNS2001YHSN – TracFone 1 Year – 400 Minute / 365 Access Days – SIMPLY WIRELESS | | | | | | |
| 5 | TS40450SW – TracFone 450 Minute / 90 ACCESS DAYS SIMPLY WIRELESS | | | | | | |

| SPECIAL INSTRUCTIONS | | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|---|
| | | | | | |

Currency: USD