UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-24565-CIV-MORENO**

TRACFONE WIRELESS, INC.,

       Plaintiff,

vs.

SIMPLY WIRELESS, INC., a Virginia
corporation, d/b/a SHOPCELLDEALS, and
SIMPLY WIRELESS OF MIAMI, INC., a
Florida corporation,

       Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO COMPEL ARBITRATION

THE MATTER was referred to the Honorable John J. O'Sullivan, United States Magistrate Judge for a Report and Recommendation on Defendants' Motion to Dismiss Second Amended Complaint or, in the Alternative, Motion to Compel Arbitration, filed on **April 22, 2016**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 79)** filed on **September 6, 2016**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

    **ADJUDGED** that United States Magistrate Judge John O'Sullivan's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the motion is GRANTED in part and DENIED in part for the reasons stated in the Magistrate Judge's Report and Recommendation. As to Counts 1-3, the Computer Fraud and Abuse Act claims, the Court denies the motion to dismiss and the motion to compel arbitration. The Court disagrees with the Defendants' position that arbitration is appropriate on counts 1-3, which are against a non-signatory to the arbitration agreement.

As to Count 4 for unjust enrichment, the Court disagrees with the Defendants that the Court should compel arbitration on this claim. Accordingly, the count for unjust enrichment will proceed in this forum.

Consistent with the Magistrate Judge's Report and Recommendation and the parties' agreement, the Court compels arbitration on Counts 5-7 of the Second Amended Complaint.

The Court grants the motion to dismiss Counts 8-11 without prejudice and granting Plaintiff leave to refile those claims.

Finally, the Court denies the motion to dismiss or to compel arbitration on Count 12, which is an accounting claim.

Plaintiff may file an Amended Complaint consistent with this Order by no later than February 15, 2017.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th of January 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge John J. O'Sullivan

Counsel of Record

2