
# TRACFONE
## wireless, inc.

9700 NW 112th Avenue     Miami, FL 33178
(305) 640-2000     Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

### Invoice

| NUMBER | |
|---|---|
| 6327006 | |
| DATE | PAGE |
| 09-JAN-09 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 3148 | |
| OUR REFERENCE | |
| | |
| SALES ORDER NUMBER | |
| 32378207 | |
| CUSTOMER NUMBER | LOCATION NUMBER |
| SW703 | SW703-BILL |

**Bill To:** Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To:** SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 08-FEB-09 | TracFone | | 09-JAN-09 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | NIMIW377P4 - NET-10 MOTOROLA 377 GSM HANDSET W / SIM 4 PROFILE (ENERIC) | ███ | | ███ | | ███████ | ███████ |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| | ████████ | | | |

65-0655753                   Currency: USD



## PURCHASE ORDER

Purchase Order Number: 3148
Purchase Order Date: 01/07/09
Page: 1

To: Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103 - Lockbox Processing
PO Box 3103
Carol Stream, IL 60132-3103

Ship To: Distribution Center
Tiffany Leno
1010 D Cannons Ct.
WoodBridge, VA 22191

Ship Via
Receive By
Terms
Vendor Order #
Vendor invoice #

Buyer
Phone No. 7033432700
Vendor ID V1562

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| 10651 | NET 10 MOTOROLA W377 | Pieces | ▮ | | |

Subtotal: ▮
Invoice Discount: ▮
Tax: ▮
Total: ▮

Received By: tleno



**TRACFONE wireless, inc.**
9700 NW 112th Avenue
(305) 640-2000
Miami, FL 33178
Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

### Invoice

| NUMBER | |
|---|---|
| 6380693 | |
| DATE | PAGE |
| 23-MAR-09 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 3332 | |
| OUR REFERENCE | |
| | |
| SALES ORDER NUMBER | |
| 32494085 | |
| CUSTOMER NUMBER | LOCATION NUMBER |
| SW703 | SW703-BILL |

**Bill To:** Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To:** SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 22-APR-09 | TracFone | | 23-MAR-09 | | 0 |

| ITEM NO. | Invoice | ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | NTLG600GP4 - NET-10 LG 600G GSM HANDSET SIM PROFILE 4 (GENERIC) | | | | | | |
| 2 | AUSKBULK001 - ACC - BULK UNIVERSAL STARTER KIT (W260, LG200, LG300 and K126) | | | | | | |

SPECIAL INSTRUCTIONS
65-0655753

| SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| | | | |



PURCHASE ORDER

Purchase Order Number: 3332
Purchase Order Date: 03/18/09
Page: 1

To: Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103 - Lockbox Processing
PO Box 3103
Carol Stream, IL 60132-3103

Ship To: Distribution Center
Jodi Robbins
1010 D Cannons Ct.
WoodBridge, VA 22191

Ship Via
Receive By
Terms
Vendor Order #
Vendor Invoice #

Buyer
Phone No.   7033432700
Vendor ID   V1562

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| 10747 | NET 10 LG 600 | ▬ | ▬ | ▬ | ▬ |

Subtotal:
Invoice Discount:
Tax:
Total:

Received By: jrobbins



**TRACFONE wireless, inc.**

9700 NW 112th Avenue     Miami, FL 33178
(305) 640-2000     Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

**Invoice**

| | |
|---|---|
| NUMBER | 6422990 |
| DATE | 04-MAY-09 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | 3460 |
| OUR REFERENCE | |
| SALES ORDER NUMBER | 32567596 |
| CUSTOMER NUMBER | SW703 |
| LOCATION NUMBER | SW703-BILL |

**Bill To:** Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To:** SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 03-JUN-09 | TracFone | | 04-MAY-09 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TN4001Y - TRACFONE NON-POSA 1 YEAR - 400 UNITS / 365 ACCESS DAYS | ▇ | | ▇ | | ▇ | ▇ |

**SPECIAL INSTRUCTIONS**

65-0655753

| SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| ▇ | ▇ | ▇▇ | ▇ |

Currency: USD



# PURCHASE ORDER

| | |
|---|---|
| Purchase Order Number: | 3460 |
| Purchase Order Date: | 04/30/09 |
| Page: | 1 |

To: Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103 - Lockbox Processing
PO Box 3103
Carol Stream, IL 60132-3103

Ship To: Distribution Center
Jodi Robbins
1010 D Cannons Ct.
WoodBridge, VA 22191

Ship Via
Receive By
Terms
Vendor Order #
Vendor Invoice #

Buyer
Phone No.   7033432700
Vendor ID   V1562

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| 10776 | SAMSUNG 301 | | | | |
| | Tracfone 1yr card | | | | |

Subtotal:
Invoice Discount:
Tax:
Total:

Received By: jrobbins



**TRACFONE wireless, inc.**

9700 NW 112th Avenue  Miami, FL 33178
(305) 640-2000  Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

Invoice

| NUMBER | |
|---|---|
| 6427287 | |
| DATE | PAGE |
| 06-MAY-09 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 3460 | |
| OUR REFERENCE | |
| | |
| SALES ORDER NUMBER | |
| 32567595 | |
| CUSTOMER NUMBER | LOCATION NUMBER |
| SW703 | SW703-BILL |

**Bill To:** Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To:** SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 05-JUN-09 | TracFone | | 06-MAY-09 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TFSAT301GP4 - TF SAMSUNG T301G GSM HANDSET SIM 4 (GENERIC) | ▮ | | ▮ | | ▮ | ▮ |

SPECIAL INSTRUCTIONS

65-0655753

| SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |

Currency: USD



# PURCHASE ORDER

Purchase Order Number: 3460
Purchase Order Date: 04/30/09
Page: 1

To: Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103 - Lockbox Processing
PO Box 3103
Carol Stream, IL 60132-3103

Ship To: Distribution Center
Jodi Robbins
1010 D Cannons Ct.
WoodBridge, VA 22191

Ship Via
Receive By
Terms
Vendor Order #
Vendor Invoice #

Buyer
Phone No. 7033432700
Vendor ID V1562

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| 10776 | SAMSUNG 301 Tracfone 1yr card | | | | |

Subtotal:
Invoice Discount:
Tax:
Total:

Received By: jrobbins



**TRACFONE** wireless, inc.

9700 NW 112th Avenue  Miami, FL 33178
(305) 640-2000  Fax (305) 418-2696

REMIT TO: TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

Bill To:
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To:
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

Invoice
NUMBER: 6441007
DATE: 02-JUN-09
PAGE: 1 of 1
PURCHASE ORDER NUMBER: 3546
OUR REFERENCE:
SALES ORDER NUMBER: 32624196
CUSTOMER NUMBER: SW703
LOCATION NUMBER: SW703-BILL

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 02-JUL-09 | TracFone | | 02-JUN-09 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | NTS20300 - NET10 NON POSA 300 MINUTE AIRTIME PIN CODE / 60 ACCESS DAYS | | | | | | |
| 2 | NTS20600 - NET10 NON POSA 600 MINUTE AIRTIME PIN CODE / 120 ACCESS DAYS | | | | | | |

SPECIAL INSTRUCTIONS  SUBTOTAL  TAX  SHIPPING/HANDLING  TOTAL

65-0655753  Currency: USD



# PURCHASE ORDER

Purchase Order Number: 3546

Purchase Order Date: 06/02/09

Page: 1

To: Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103 - Lockbox Processing
PO Box 3103
Carol Stream, IL 60132-3103

Ship To: Distribution Center
Jodi Robbins
1010 D Cannons Ct.
WoodBridge, VA 22191

Ship Via
Receive By
Terms
Vendor Order #
Vendor Invoice #

Buyer
Phone No.  7033432700
Vendor ID  V1562

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| 30497 | NTS20300 | | | | |
| 30498 | NTS20600 | | | | |

Subtotal:
Invoice Discount:
Tax:
Total:

Received By: jrobbins



**TRACFONE** wireless, inc.

9700 NW 112th Avenue  Miami, FL 33178
(305) 640-2000  Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| Invoice | |
|---|---|
| NUMBER | |
| 6480779 | |
| DATE | PAGE |
| 07-JUL-09 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 3630 | |
| OUR REFERENCE | |
| | |
| SALES ORDER NUMBER | |
| 32702034 | |
| CUSTOMER NUMBER | LOCATION NUMBER |
| SW703 | SW703-BILL |

**Bill To:** Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To:** SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 06-AUG-09 | TracFone | | 07-JUL-09 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | NIMT326GP4 - NT MOTOROLA 326G GSM HANDSET SIM 4 (GENERIC) | | | | | | |
| 2 | SYN2340A - BLUE TOOTH MOTOROLA | | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | | | | Currency: USD |



PURCHASE ORDER

Purchase Order Number: 3630
Purchase Order Date: 06/29/09
Page: 1

To: Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103 - Lockbox Processing
PO Box 3103
Carol Stream, IL 60132-3103

Ship To: Distribution Center
Jodi Robbins
1010 D Cannons Ct.
WoodBridge, VA 22191

Ship Via
Receive By
Terms
Vendor Order #
Vendor Invoice #

Buyer
Phone No.   7033432700
Vendor ID   V1562

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| 10784 | NTMoto EM326 w/BT | | | | |

Subtotal:
Invoice Discount:
Tax:
Total:

Received By: jrobbins


**TRACFONE**
wireless, inc.

9700 NW 112th Avenue     Miami, FL 33178
(305) 640-2000     Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

**Invoice**
NUMBER: 6503013
DATE: 30-JUL-09   PAGE: 1 of 1
PURCHASE ORDER NUMBER: 3664
OUR REFERENCE:
SALES ORDER NUMBER: 32747305
CUSTOMER NUMBER: SW703   LOCATION NUMBER: SW703-BILL

**Bill To:** Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To:** SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 29-AUG-09 | TracFone | | 30-JUL-09 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TFLG600GP4DM - TRACFONE LG 600G GSM HANDSET W SIM PROFILE 4 (GENERIC) DOUBLE MINUTE | | | | | | |

SPECIAL INSTRUCTIONS     SUBTOTAL     TAX     SHIPPING/HANDLING     TOTAL

65-0655753     Currency: USD



PURCHASE ORDER

Purchase Order Number: 3664
Purchase Order Date: 07/10/09
Page: 1

To: Net 10 (Tracfone Wireless)
Rolando Costales
LB #3103 - Lockbox Processing
PO Box 3103
Carol Stream, IL 60132-3103

Ship To: Distribution Center
Jodi Robbins
1010 D Cannons Ct.
WoodBridge, VA 22191

Ship Via
Receive By
Terms
Vendor Order #
Vendor Invoice #

Buyer
Phone No. 7033432700
Vendor ID V1562

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| | TFLG600GP4DM | ■ | ■ | ■ | ■ |

Subtotal:
Invoice Discount:
Tax:
Total:

Received By: jrobbins



**TRACFONE** wireless, inc.

9700 NW 112th Avenue
(305) 640-2000

Miami, FL 33178
Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

| Invoice | |
|---|---|
| NUMBER | |
| 7163464 | |
| DATE | PAGE |
| 01-NOV-10 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 102110-HSN | |
| OUR REFERENCE | |
| SALES ORDER NUMBER | |
| 33933198 | |
| CUSTOMER NUMBER | LOCATION NUMBER |
| SW703 | SW703-BILL |

**Bill To**
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To**
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 01-DEC-10 | TracFone | | 01-NOV-10 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TN40200 - TRACFONE NON-POSA 200 UNIT AIRTIME / 90 ACCESS DAYS | | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | | | | |

# mobileNow, Inc.



2730 Prosperity Avenue, Suite 150  
Fairfax, Virginia 22031  
Phone 703-343-2700  Fax 703-343-2701

**PURCHASE ORDER**

DATE: 10/21/2010  
Purchase Order No.: 102110-HSN

**Bill To:**  
Net 10 (Tracfone Wireless)  
Rolando Costales  
LB #3103-Lockbox Processing  
PO Box 3103  
Carol Stream, Illinois 60132

**Ship To:**  
mobileNOW Distribution Center  
Attn: Jodi Robbins  
1010 D Cannons Court  
Woodbridge, Virginia 22191  
Phone:703-492-5956 Fax: 866-867-4321

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| TFSAT301GP4-Samsung T301 Tracfone | | | |
| TN40200 200 Minute card | | | |

TOTAL



**TRACFONE** wireless, inc.

9700 NW 112th Avenue　　　　Miami, FL 33178
(305) 640-2000　　　　　　　　Fax (305) 418-2696

REMIT TO: TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

Invoice

| NUMBER | |
|---|---|
| 7204725 | |
| DATE | PAGE |
| 20-NOV-10 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 120110-2-HSN | |
| OUR REFERENCE | |
| | |
| SALES ORDER NUMBER | |
| 33991807 | |
| CUSTOMER NUMBER | LOCATION NUMBER |
| SW703 | SW703-BILL |

Bill To:
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

Ship To:
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 20-DEC-10 | TracFone | | 20-NOV-10 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TFSAT301GP4 - TF SAMSUNG T301G GSM HANDSET SIM 4 (GENERIC) | | | | | | |

SPECIAL INSTRUCTIONS

65-0655753

| SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| | | | |

Currency: USD



# TRACFONE®
## wireless, inc.

9700 NW 112th Avenue     Miami, FL 33178
(305) 640-2000     Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

**Invoice**

| NUMBER | |
|---|---|
| 7222213 | |
| DATE | PAGE |
| 30-NOV-10 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 10-HSN CARDS/EP | |
| OUR REFERENCE | |
| SALES ORDER NUMBER | |
| 34056786 | |
| CUSTOMER NUMBER | LOCATION NUMBER |
| SW703 | SW703-BILL |

**Bill To:**
Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To:**
SIMPLY WIRELESS, INC. AND MOBILE NOW,
INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 30-DEC-10 | TracFone | | 30-NOV-10 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TS40200 - TRACFONE NON-POSA 200 UNIT AIRTIME / 90 ACCESS DAYS | | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | | | | Currency: USD |


# TRACFONE®
## wireless, inc.

9700 NW 112th Avenue     Miami, FL 33178
(305) 640-2000     Fax (305) 418-2696

**REMIT TO:** TRACFONE WIRELESS INC P.O. BOX 3103
946783222
CAROL STREAM IL 60132-3103

**Invoice**

| NUMBER | |
|---|---|
| 7225143 | |
| DATE | PAGE |
| 01-DEC-10 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 10-HSN CARDS/EP | |
| OUR REFERENCE | |
| | |
| SALES ORDER NUMBER | |
| 34056806 | |
| CUSTOMER NUMBER | LOCATION NUMBER |
| SW703 | SW703-BILL |

**Bill To:** Attn: Accounts Payable
SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
2730 PROSPERITY AVE SUITE 150
FAIRFAX VA 22031

**Ship To:** SIMPLY WIRELESS, INC. AND MOBILE NOW, INC. (HDW)
SIMPLY WIRELESS AND MOBILE NOW
1010D CANNONS CT
WOODBRIDGE VA 22191

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| 30 NET | 31-DEC-10 | TracFone | | 01-DEC-10 | | 0 |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORD. | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TN40200 - TRACFONE NON-POSA 200 UNIT AIRTIME / 90 ACCESS DAYS | ■■■■ | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| 65-0655753 | ■■■■ | | | Currency: USD |